IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

ALEJANDRO MOISES BARROETA-ALFONZO,

Petitioner,

vs.

WARDEN, MCCOOK DETENTION CENTER, et al.,

Respondents.

8:26-CV-697

MEMORANDUM AND ORDER CONDITIONALLY GRANTING WRIT OF HABEAS CORPUS

The petitioner is a noncitizen currently detained by U.S. Immigration and Customs Enforcement in the McCook Detention Center in McCook, Nebraska. Filing 1. He seeks a writ of habeas corpus under 28 U.S.C. § 2241, asserting that his detention is unlawful. Filing 1. The Court agrees, and will conditionally grant the petition.

The petitioner is a citizen of Venezuela who entered the United States near Brownsville, Texas on or about April 24, 2023. Filing 7 at 2. He was picked up by the Border Patrol on May 5, served with a notice to appear, and released on recognizance. Filing 7 at 2; filing 7-1; filing 7-2. On October 9, 2026, the petitioner was arrested for alleged DUI in Broward County, Florida and an ICE detainer was lodged. Filing 7 at 3. He was taken into ICE custody on October 28. Filing 7 at 3; filing 7-3.

Because the petitioner was on conditional parole pursuant to 8 U.S.C. § 1226(a)(2)(B) when he was detained, and there is nothing in the record suggesting that any qualifying officer exercised discretion to revoke the petitioner's release, *see* 8 C.F.R. §§ 236.1(c)(9), 1236.1(c)(9), the Court will conditionally grant the petition for the reasons articulated by the undersigned

in *Dos Santos Silva v. Warden, Lincoln County Detention Center*, No. 8:26-cv-131, 2026 WL 926725 (D. Neb. Apr. 6, 2026).

IT IS ORDERED:

1. The Petition for Writ of Habeas Corpus is conditionally granted.

2. The government shall provide the petitioner with a bond hearing pursuant to 8 U.S.C. § 1226(a) and the corresponding regulations **on or before November 20, 2026**.

3. If the government does not provide the petitioner with a bond hearing as required, the petitioner must be immediately released from detention.

4. **On or before November 25, 2026**, the government shall provide the Court with a status update regarding the bond hearing or, if no bond hearing was held, advise the Court regarding the petitioner's release.

Dated this 13th day of November, 2026.

BY THE COURT:

John M. Gerrard

John M. Gerrard
Senior United States District Judge